UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DESTINI WARFIELD § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. 4:22-cv-02374 |
| "ESTATES AT BELLAIRE"; § | |
| PBONE BELLAIRE LLC; AND § | |
| BERKSHIRE COMMUNITIES, LLC § | |

**PLAINTIFF'S SECOND AMENDED COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Destini Warfield, Plaintiff, complaining of "Estates at Bellaire"; PBOne Bellaire, L.L.C. d/b/a Estates at Bellaire (improperly sued as PBONE Bellaire, LLC); Berkshire Communities, L.L.C. (improperly sued as Berkshire Communities, LLC); Berkshire Group, LP; and Berkshire Property Advisors, Defendants, and for cause of action shows the following:

**I.**

1.1   Plaintiff is a resident of Houston, Harris County, Texas.

1.2   Defendant, "Estates at Bellaire," located at 4807 Pin Oak Park, Houston, TX 77081, is the apartment complex where the incident made the basis of this suit occurred and it is named in this matter as a Defendant as this is the business name under which its operations were conducted when Plaintiff was injured. Presumably, it is a corporation doing business in the State of Texas for the purpose of monetary profit. Suit is filed against this assumed/trade name and the correct entity name, if needed, will be substituted as discovery progresses and Defendant properly identifies itself.

1.3     Defendant, PBOne Bellaire, L.L.C. d/b/a Estates at Bellaire, has appeared and answered.

1.4     Defendant, Berkshire Communities, L.L.C., has appeared and answered.

1.5     Defendant, Berkshire Group, LP , is a foreign corporation doing business in the State of Texas for the purpose of monetary profit and does not maintain a regular place of business or a designated agent for service of process in Texas.  Defendant has sufficient contacts with Texas that, under the Texas Long-Arm Statute, it can be served with process by serving the Texas Secretary of State for forwarding to its Chairman, George David Krupp, 1 Beacon St., Suite 1500, Boston, MA 02108-3139.

1.6     Defendant, Berkshire Property Advisors, L.L.C., is a limited liability company doing business in the State of Texas for the purpose of monetary profit and may be served with citation by serving its registered agent for service, Corporation Service Company dba CSC-Lawyers Incorporating Service, 211 E. 7th St., Suite 620, Austin, Texas 78701.

## II.

2.1     Venue is proper in Harris County, Texas, pursuant to Section 15.002 of the Texas Civil Practice and Remedies Code, because the incident which forms the basis of this suit occurred in Harris County, Texas, and Plaintiff resides in Harris County, Texas and Defendants do business in Harris County, Texas.

2.2     The Court has jurisdiction over this controversy because Plaintiff seeks damages within the jurisdictional limits of this Court.

**III.**

3.1     On or about February 16, 2021, Plaintiff was a resident at Estates at Bellaire Apartments located at 4807 Pin Oak Park, Houston, TX 77081 when she suffered serious and permanent bodily injuries as a direct result of an occurrence caused by a dangerous condition on Defendants' premises that Defendants and/or their respective agents, servants, and employees knew of or in the exercise of ordinary cause, should have known existed. Specifically, Plaintiff was exiting her apartment and as she began to descend the stairs, she slipped and fell due to an accumulation of ice and snow on the stairs.  Defendants and their agents, servants and employees negligently allowed the creation and continued existence of this condition, so as to make Defendants' premises a dangerous place.  Further, Defendants, by act and/or omission, failed to warn Plaintiff of the condition on the premises, despite the fact Defendants and their agents, servants and employees knew or in the exercise of ordinary care, should have known of the existence of the condition and the likelihood that this condition would cause serious injury to invitees, to whom Defendants owed a non-delegable duty of care.  Each of these acts and omissions, singularly or in combination with others, constitute negligence which was the proximate cause of this incident, and the injuries sustained by Plaintiff.  The monetary relief is less than $250,000.00.

**IV.**

4.1     As a direct and proximate cause of Defendants' negligence, Plaintiff, Destini Warfield, has suffered serious, disabling and disfiguring injuries.  Said elements of damage, which Plaintiff seeks to recover from Defendants, include compensation for the following:

a. physical pain and disability suffered by Plaintiff from the day of the injury to the time of trial;

b. future physical pain and mental anguish reasonably anticipated to be suffered by Plaintiff in the future;

c. mental anguish, embarrassment and suffering sustained by Plaintiff from the day of the injury to the time of trial;

d. mental anguish, embarrassment and suffering which is reasonably anticipated to be suffered by Plaintiff in the future;

e. loss of earnings sustained by Plaintiff from the date of injury to the time of trial;

f. loss of earnings and earning capacity suffered by Plaintiff beyond the date of trial;

g. reasonable and necessary medical expenses incurred by Plaintiff in the treatment of her injuries from the day of the injury to the time of trial;

h. reasonable and necessary medical expenses reasonably anticipated to be suffered by Plaintiff in the future for treatment of her injuries;

i. physical impairment and disfigurement sustained by Plaintiff from the date of injury to the time of trial; and

j. future physical impairment and disfigurement reasonably anticipated to be sustained by Plaintiff in the future.

4.2   Plaintiff reserves the right to either file a trial amendment or an amended pleading on this issue should subsequent evidence show this figure to be either too high or too low.

## V.

5.1   In accordance with Rule 193.7 of the Texas Rules of Civil Procedure, Plaintiff intends to use any and all documents produced through discovery herein at the trial of this matter.

## VI.

6.1     The following is the undersigned attorney's designated e-service email address for all e-served documents and notices, both filed and unfiled, pursuant to Tex. R. Civ. P. 21(f)(2) and 21a:  adam.criaco@criacolaw.com.  This is the undersigned's **only** e-service email address and service through any other email address will be considered invalid.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendants be cited to appear and answer herein, and that upon final trial hereof, Plaintiff recover from Defendants a sum in excess of the minimum jurisdictional limits of the court, actual damages, costs of Court, pre-judgment and post-judgment interest at the legal rate, and for any and all further relief, both general and special, legal and equitable to which Plaintiff may be justly entitled.

DATED: February 15, 2022.

                                                    Respectfully submitted,

                                                    CRIACO & ASSOCIATES

                                                    By:   */s/ Adam P. Criaco*
                                                            Adam P. Criaco
                                                            SBOT 05075770
                                                           363 N. Sam Houston Pkwy. E., Suite 800
                                                           Houston, TX 77060
                                                           Telephone:  (713) 663-6600
                                                           Facsimile:  (713) 663-7923
                                                           Eserve: adam.criaco@criacolaw.com

                                                ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that on February 15, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

>Kristie E. Johnson and Monica Ishak
>Wilson Elser Moskowitz Edelman & Dicker LLP
>909 Fannin, Suite 3300
>Houston, Texas 77010

>*/s/ Adam P. Criaco*
>Adam P. Criaco